# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       CASE NO.  4:07cv338-RH/WCS

REAL PROPERTY LOCATED AT
370 SWISHER ROAD, etc.,

    Defendant.

_____/

## ORDER DISSOLVING STAY AND REQUIRING STATUS REPORT

By order entered on November 20, 2007, proceedings on this civil forfeiture action were stayed pending resolution of a related criminal proceeding. (Document 6.)  The government has filed a status report stating that the related criminal case has been resolved and has moved to dissolve the stay.  Upon consideration,

IT IS ORDERED:

1.  The government's motion to dissolve the stay (document 8) is GRANTED. The stay is dissolved.

2.  The government must file by October 6, 2008, a report setting forth the

status of the giving of notice and a proposed schedule for further proceedings.

    SO ORDERED on September 4, 2008.

                                       <u>s/Robert L. Hinkle</u>
                                       Chief United States District Judge